UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYNE WAGNER, *et al.*,

            Plaintiffs,

-v-

JP MORGAN CHASE BANK,

            Defendant.

No. 06 Civ. 3126 (RJS)(THK)

ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of an order issued by the Honorable Theodore H. Katz, Magistrate Judge, dated June 24, 2009, which mandates that expert reports be exchanged by July 15, 2009. Given this development, the Court hereby adjourns the conference currently scheduled for Friday, July 17, 2009 at 10:00 a.m. to Wednesday, August 26, 2009 at 9:00 a.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York. The Court expects that, pursuant to Judge Katz's orders, the parties will be finished with discovery by that time. If either party intends to file a post-discovery motion, included but not limited to a motion for summary judgment, pre-motion letters must be *received* by Monday, August 10, 2009, and responses must be *received* by Thursday, August 13, 2009. Parties should abide by this Court's Individual Practices, Rule 2.A, regarding the submission of pre-motion letters. If the Parties are able to settle this matter, they should inform the Court by a letter to be received no later than August 10, 2009. All letters are to be sent to the chambers' email address at sullivannysdchambers@nysd.uscourts.gov.

SO ORDERED.

Dated:    July 7, 2009
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE